1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER, SBN 107014
4       411 West 4th Street, Room 8000
        Santa Ana, CA 92701
5       Telephone:  714-338-3532
        Facsimile:  714-338-3523
6       Email:  marcus.kerner@usdoj.gov

7  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                        SOUTHERN DIVISION

GWENLYN E. JAMISON,              ) No. SA CV 06-00509-AGR
                                 )
        Plaintiff,                )
                                 )
        v.                        ) **JUDGMENT OF REMAND**
                                 )
MICHAEL J. ASTRUE, Commissioner  )
of Social Security Administration,)
                                 )
        Defendant.                )
_____)

    The Court having approved the parties' Stipulation to Vacate the Memorandum Opinion, Order and Judgment entered on July 10, 2007 pursuant to the Ninth Circuit's Order in <u>Jamison v. Astrue</u>, Number 07-56366 and to remand this action,

    IT IS HEREBY ORDERED, that the Memorandum Opinion, Order and Judgment entered on July 10, 2007 are hereby vacated. Further, this action is remanded to the Commissioner of Social Security for further proceedings

1  consistent with the parties voluntary remand stipulation entered into in accordance
2  with Sentence 4 of 42 U.S.C. Section 405(g).
3
4  DATED: This 27th day of March, 2009.
5
6
7
8  _____
9  HON. ALICIA G. ROSENBERG
   UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28